IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT JEROME BASKINS;<br>CANDACE M. BASKINS; ROBERT<br>JOSEPH BASKINS; and EVA BASKINS,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; TRANS UNION<br>LLC; and EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>Defendants. | CIVIL ACTION NO.<br>3:22-cv-03471-SAL-SVH |

## SETTLING PARTIES' JOINT MOTION FOR DISMISSAL OF ALL CLAIMS BROUGHT BY PLAINTIFFS EVA BASKINS AND ROBERT JOSEPH BASKINS

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Eva Baskins and Robert Joseph Baskins ("Settling Plaintiffs") and Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Information Services, LLC ("Equifax"), and Trans Union LLC ("Trans Union") (collectively, "Defendants") (Defendants and Settling Plaintiffs are collectively "Settling Parties") hereby file this Joint Motion For Dismissal of All Claims Brought by the Settling Plaintiffs. In support of this Joint Motion, the Settling Parties state as follows:

1. Plaintiffs filed a Complaint on August 29, 2022, and Experian removed the case to this Court on October 7, 2022.

NAI-1538111352v1

2. On June 22, 2023, all parties attended and participated in a mandatory Settlement Conference with Magistrate Judge Kevin F. McDonald. At the settlement conference, the Settling Plaintiffs reached settlement agreements with each of the Defendants.

3. The settlement agreements referenced above have all been finalized, and all claims by the Settling Plaintiffs against the Defendants have been released.

4. Accordingly, the Settling Parties jointly request that the Court enter an Order dismissing with prejudice each and every claim brought by each of the Settling Plaintiffs against each and every Defendant.[1]

5. A proposed Order is attached for the Court's consideration.

For the foregoing reasons, Defendants respectfully request the Court enter an Order dismissing with prejudice each and every claim brought by Plaintiff Eva Baskins and Plaintiff Robert Joseph Baskins against Defendants Experian, Equifax, and Trans Union.

Respectfully submitted this 1 day of November, 2023.

/s/ Lyndey R. Z. Bryant
Lyndey R. Z. Bryant (Fed. ID No. 11506)
ADAMS AND REESE LLP
1221 Main Street, Suite 1200
Columbia, South Carolina 29201
Telephone: 803-212-4958

---

[1] This Joint Motion does not request dismissal of the claims brought by Plaintiffs Candace M. Baskins and Robert Jerome Baskins (the "Non-Settling Defendants") as these parties have not settled their claims with any Defendant(s). However, Defendants have filed a separate Joint Motion to Dismiss For Failure to Prosecute and Failure to Comply With Federal Rules and a Court Order (Doc. No. 73) ("Defendants' MTD"), requesting dismissal of the claims brought by the Non-Settling Plaintiffs.

Facsimile: 803-779-4749
lyndey.bryant@arlaw.com
*Counsel for Defendant Experian Information Solutions, Inc.*

*An Attorney for Defendant Experian Information Solutions, Inc.*

/s/ *Rita Bolt Barker*
Rita Bolt Barker (Fed. ID No. 10566)
Wyche, P.A.
200 East Broad Street, Suite 400 Greenville, South Carolina 29601
Telephone: (864) 242-8235
Facsimile: (864) 235-8900
E-mail: rbarker@wyche.com

Eric Barton (Ga. Bar No. 040704)
*Admitted pro hac vice*
SEYFARTH SHAW LLP
1075 Peachtree St, NE, Ste 2500
Atlanta, Georgia 30309-3958
Telephone (404_ 885-1500
Email: ebarton@seyfarth.com

*Counsel for Defendant Equifax Information Services LLC*

/s/ *Wilbur E. Johnson*
Wilbur E. Johnson (Fed. ID No. 2212)
CLEMENT RIVERS, LLP
P.O. Box 993
25 Calhoun Street, Suite 400
Charleston, South Carolina 29401
Telephone: (843) 724-6659

NAI-1538111352v1

Wilbur E. Johnson
wjohnson@ycrlaw.com
CLEMENT RIVERS, LLP
P.O. Box 993
Charleston, South Carolina 29402
(843) 724-6659
*Counsel for Trans Union LLC*

Rita Bolt Barker
rbarker@wyche.com
Wyche PA
200 E Broad St., Suite 400
Greenville, SC 29601
(864) 242-8235
*Counsel for Equifax Information Services, LLC*

I hereby certify that I forwarded a copy of the foregoing by U.S. First Class Mail and electronic mail to the following non-CM/ECF participants:

Eva Baskins
2652 Bethune Road
Bethune, SC 29009
*Plaintiff, pro se*

Robert Joseph Baskins
2652 Bethune Road
Bethune, SC 29009
*Plaintiff, pro se*

Candace M. Baskins
2652 Bethune Road
Bethune, SC 29009
*Plaintiff, pro se*

Robert Jerome Baskins
2652 Bethune Road
Bethune, SC 29009
*Plaintiff, pro se*

/s/ Lyndey R. Z. Bryant
Lyndey Bryant (Federal ID No.: 11506)
**ADAMS AND REESE LLP**
1221 Main Street, Suite 1200
Columbia, SC 29201
Telephone: (803) 212-4958
Facsimile: (803) 779-4749
lyndey.bryant@arlaw.com
*Counsel for Experian Information Solutions, Inc.*

NAI-1538111352v1

Facsimile: (843) 579-1332
Email: wjohnson@ycrlaw.com

Amanda Loughmiller
*Admitted pro hac vice*
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Ste 800
Plano, Texas 75024
aloughmiller@gslwm.com

*Counsel for Defendant Trans Union LLC*

/s/ Eva Baskins

Eva Baskins
Plaintiff, *Pro se*

/s/ Robert J. Baskins

Robert Joseph Baskins
Plaintiff, *Pro se*

NAI-1538111352v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2023, I served a true and correct copy of the foregoing **Settling Parties' Joint Motion for Dismissal of All Claims Brought by Plaintiffs Eva Baskins and Robert Joseph Baskins** via email and/or First Class Mail to all parties of record.

Eva Baskins
Robert Joseph Baskins
Robert Jerome Baskins
Candace Baskins
2652 Bethune Road
Bethune, SC 29009-9665

*/s/ Monica Gende*
Monica Gende

1